1

2

3

4                               UNITED STATES DISTRICT COURT
                                    DISTRICT OF NEVADA
5                                      RENO, NEVADA

6

7

8    DELBERT M. GREENE,                    )        CASE NO. 3:09-cv-00601-ECR-VPC
                                           )
9             Petitioner,                  )        ORDER
                                           )        APPOINTING SUBSTITUTE COUNSEL
10   vs.                                    )
                                           )
11   E.K. McDANIEL, et al.,                 )
                                           )
12            Respondents.                  )
                                           )
13   _____

14

15           The Court granted *pro bono* counsel's request to be relieved as petitioner's counsel and

16   provisionally appointed the Federal Public Defender as counsel to represent petitioner (doc. #25).  The

17   Federal Public Defender has filed a Notice of Conflict (doc. #26).  The Court's Criminal Justice Act

18   Designee has located other counsel who is willing to be appointed to represent the Petitioner.

19           **IT IS THEREFORE ORDERED** that effective February 2, 2011,  **Marc P. Picker,**

20   **Esq.,**  P.O. Box 3344,  Reno, NV  89505, (775) 324-4533, is hereby **APPOINTED** to represent the

21   Petitioner herein.  Mr. Picker is a Criminal Justice Act panel attorney for the United States District Court,

22   District of Nevada.  Appointed counsel shall represent petitioner in all proceedings related to this matter,

23   including any appeals or *certiorari* proceedings, unless allowed to withdraw.

24           **IT IS FURTHER ORDERED** that petitioner shall have until up to and including one

25   hundred twenty (120) days from entry of this order within which to file an amended petition.  Counsel

26   should note the prior proceedings in 2:07-cv-00092-LRH-LRL and the show cause order at #22 in this

27   matter.   The Court will screen any amended petition filed prior to ordering further action in the case.

28                                              -1-

1

2

3        **IT IS ALSO FURTHER ORDERED** that the Clerk shall send a copy of this order to

4   current and previous counsel for Petitioner, to counsel for Respondents, to the Petitioner Delbert M.

5   Greene, and to the CJA Coordinator for this Division.

6        Dated this 3rd day of February, 2011.

7

8                                Edward C. Reed.

9                      EDWARD C. REED, JR., U.S. DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     -2-